UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC GREEN,

        Plaintiff,

v.                                          Case No. 3:02-cv-70-J-99MMH

WILLIAM HALL,

        Defendant.

_____

## ORDER

On June 9, 2005, defense counsel filed a Notice of Pending Settlement (Doc. #118). Therein he asks that all pending deadlines be stayed until a status report or notification of settlement can be provided to the Court. This request is made without opposition from Plaintiff.

Accordingly, it is now

**ORDERED:**

1. All pending deadlines in the case are hereby stayed until a status report or notification of settlement is filed.

2. Defense counsel shall file a status report within **FORTY-FIVE (45) DAYS** from the date of this order. If a notification of

settlement is filed prior to the status report deadline, the directive to file a status report is waived.

**DONE AND ORDERED** at Jacksonville, Florida, this ___15___ day of June, 2005.

```
                               _____
                               UNITED STATES DISTRICT JUDGE
```

sa 6/10
c:
Eric Green
Ass't A.G. (Callaghan)